**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0052

Louisiana Health Service & Indemnity Company d/b/a Blue
Cross/Blue Shield of Louisiana

- - Versus - -

Kimberly L. Robinson, in her capacity as Secretary of the
Department of Revenue, State of Louisiana

Louisiana Board of Tax Appeals
Case #: 9927
East Baton Rouge Parish

Consolidated with the following:

2023 - CA - 0053
Louisiana Health Service & Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana
versus
Kimberly L. Robinson, in her capacity as Secretary of the Department of Revenue, State of
Louisiana

On Application for Rehearing filed on  06/19/2023 by Louisiana Health Service & Indemnity Company, et al

Rehearing _____ **DENIED** _____

_____
Jewel E. "Duke" Welch Jr.

_____
Allison H. Penzato

_____
Walter I. Lanier III

Date ___JUL 0 6 2023_____

_____
Rodd Naquin, Clerk